# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

152448(153)(155)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

TIA MARIE-MITCHELL SKINNER,
　　　　Defendant-Appellee.
_____/

SC: 152448
COA: 317892
St. Clair CC: 10-002936-FC

On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to file a late amicus curiae brief and to file an amended amicus brief are GRANTED. The amended amicus brief submitted on September 6, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2017



Clerk